USDC SCAN INDEX SHEET










JAH   5/15/06   10:43
3:05-CV-02236   ENTERPRISE TECH V. NOVEON SYSTEMS INC
*35*
*O.*

```
FILED
2006 MAY 12  PM 2:50
CLERK US DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERPRISE TECHNOLOGY HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVEON SYSTEMS, INC., <br><br> Defendant. | Civil No: 05CV2236-B(CAB) <br><br> **ORDER GRANTING PRELIMINARY INJUNCTION [10]** |

On March 17, 2006, Plaintiff Enterprise Technology Holdings, Inc. ("ETH") filed a Motion for a Preliminary Injunction against Defendant Noveon Systems, Inc. ("Noveon). Noveon opposed this motion. The motion came on for hearing on May 1, 2006.

Having reviewed the papers and heard oral argument in favor of and in opposition thereto, the Court hereby **GRANTS** ETH's Motion for a Preliminary Injunction.

**WHEREAS,** the Court determined Plaintiff ETH is the exclusive licensee of all of Alan Stanly's copyright interests in the following software programs:

    a. DocuZap – TX-6-162-187

    b. Prism Forwarder – TX 6-210-375

    c. Prism Freight Broker – TX 6-210-376

35 MH

      d. Prism P&D – TX 6-210-377 (collectively, the "Programs")

**WHEREAS,** the Court determined Plaintiff ETH had a probability of prevailing on its claim that Stanly is the sole owner of the Programs;

**WHEREAS,** the Court determined that Plaintiff ETH has a probability of prevailing on its claim that Noveon is infringing the copyrighted Programs; and

**WHEREAS,** the Court found Plaintiff ETH would suffer irreparable injury and harm if preliminary injunctive relief is not ordered;

**THE COURT HEREBY ORDERS THAT** ETH's Motion for a Preliminary Injunction is **GRANTED.**

**THE COURT FURTHER ORDERS THAT** the Defendant Noveon and each of its officers, agents, servants, employees, customers, clients and attorneys, and those persons in active concert or participation with it or anyone who receives actual notice of this Order (the "Enjoined"), **ARE HEREBY RESTRAINED AND ENJOINED** until final adjudication of this matter as follows:

    The Enjoined and all those made aware of this Order shall not use, reproduce, copy, upload or download, make derivative works from, distribute, license, transfer, sell, grant, assign, dispose of, market, or hypothecate any of ETH's exclusive rights to the Programs, or participate, assist, encourage, or instruct anyone in doing so;

    The Enjoined shall not alter, maintain, enhance, use, modify, or change the Programs or any derivatives thereof (including, without limitation, source code, startup files, and settings for such software) and specifically shall not directly or indirectly engage in, or assist others in engaging in, any such conduct to enable any persons to alter, maintain, enhance, use, modify, or change the Programs;

    The Enjoined shall immediately cease and desist the copying, uploading or downloading, maintaining, enhancing, utilizing, modifying, changing, selling, licensing, marketing, marketing on the world wide web, and distributing of any of their software modules and packages which include in whole, or in part, source code that is contained

within the Programs; and

The Enjoined shall refrain from effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in this Order.

Plaintiff ETH **shall** post a bond for **$15,000** in the form of cash or corporate surety no later than **May 11, 2006**.

**IT IS SO ORDERED.**

DATED: 5-11-06

HON. RUDI M. BREWSTER
United States Senior District Judge

cc: Hon. Cathy Ann Bencivengo
United States Magistrate Judge

All parties