# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERPRISE TECHNOLOGY HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOVEON SYSTEMS, INC., <br><br> Defendant. | Civil No: 05-CV-2236-B(CAB) <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR MODIFICATION OF CASE MANAGEMENT CONFERENCE ORDER AND LEAVE FOR PLAINTIFF TO AMEND VERIFIED COMPLAINT** |

On February 23, 2007, Plaintiff Enterprise Technology Holdings, Inc. filed a Motion for Modification of Case Management Conference Order and Leave for Plaintiff to Amend Verified Complaint. (Doc. No. 61.) Under the Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings of May 25, 2006, Plaintiff was required to file any motions to amend the pleadings on or before June 1, 2006. (Doc. No. 38 at 2.)

      Pursuant to Federal Rule of Civil Procedure 16(b), a scheduling order of the Court "shall not be modified except upon a showing of good cause and by leave of the district judge." Finding good cause herein, the Court hereby **GRANTS** Plaintiff's Motion for Modification of Case Management Conference Order and Leave for Plaintiff to Amend Verified Complaint. The Court **TAKES OFF CALENDAR** the hearing for Plaintiff's Motion currently set for April 9, 2007.

      Plaintiff's Ex Parte Application for Order Shortening Time to Bring Motion for Modification of Case Management Order and Leave for Plaintiff to Amend Verified Complaint, which was filed on February 23, 2007, is therefore **MOOT**.

**IT IS SO ORDERED**

DATED: February 27, 2007

Hon. Rudi M. Brewster
United States Senior District Court Judge

cc: Hon. Cathy Anne Bencivengo
    United States Magistrate Judge

    All Counsel of Record

05-CV-2236-B (CAB)