FILED
2007 OCT 10 PM 1:14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: \_\_\_CP\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERPRISE TECHNOLOGY HOLDINGS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOVEON SYSTEMS, INC., a Delaware Corporation;<br>MADELINE LOPEZ, an individual;<br>AMERIJET INTERNATIONAL, INC., a Florida corporation;<br>MARSHALL FREIGHT, INC., a California corporation; and<br>JAMES ALBERT BEARS (a.k.a. Jim Bears), an individual,<br>Defendants. | Case No.: 05cv2236-B (CAB)<br><br>**ORDER (1) GRANTING EX PARTE APPLICATION TO AMEND JUDGMENT; (2) ENTERING PERMANENT INJUNCTION AGAINST DEFENDANT NOVEON SYSTEMS, INC.** |

//

//

//

//

Plaintiff's Motion for Default Judgment pursuant to Federal Rule 55(b)(2), having been received by the Court, supported by affidavits and offers of proof, and duly considered, it appearing to the Court's satisfaction that the Court has jurisdiction over this action, the Court having determined that default judgment may be taken against Defendant, Noveon Systems, Inc. ("Defendant"), a Delaware corporation, and good cause appearing for amendment under Rule 60(a), the Court hereby **AMENDS** its Order Granting Plaintiff's Motion for Default Judgment [Doc. No. 108] and **GRANTS** Plaintiff's Ex Parte Application for Amended Judgment and Request for Injunctive Relief [Doc. No. 111] as follows:

**IT IS ORDERED** that Plaintiff owns valid copyrights in the following works: DocuZap (Registration No. TX-6-162-187); Prism Forwarder (TX 6-210-375); and Prism Freight Broker (TX 6-210-376); Prism P&D (TX 6-210-377) (collectively, the "Programs").

**IT IS FURTHER ORDERED** that

1. Defendant and each of its officers, agents, servants, employees, customers, clients and attorneys, and those persons in active concert or participation with it (the "Enjoined"), **ARE HEREBY RESTRAINED AND PERMANENTLY ENJOINED** as follows:

   a. The Enjoined shall not use, reproduce, copy, upload or download, make derivative works from, distribute, license, transfer, sell, grant, assign, dispose of, market, or hypothecate any of Plaintiff's exclusive rights to the following works: DocuZap (Registration No. TX-6-162-187; Prism Forwarder (TX 6-210-375); and Prism Freight Broker (TX 6-210-376); Prism P&D (TX 6-210-377) (collectively the "Programs"), or participate, assist, encourage, or instruct anyone in doing so;

   b. The Enjoined shall not alter, maintain, enhance, use, modify, or change the Programs or any derivative thereof (including, without limitation, source code, startup files, and settings for such software) and specifically shall not directly or indirectly engage in, or assist others in engaging in, any such conduct to enable any persons to alter, maintain, enhance, use, modify, or change the Programs;

   c. The Enjoined shall immediately cease and desist copying, uploading or downloading, maintaining, enhancing, utilizing, modifying, changing, selling, licensing, marketing, marketing on the world wide web, and distributing any of their software modules and packages which include in whole, or in part, source code that is contained within the Programs; and

        d.        The Enjoined shall refrain from effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Judgment.

        **IT IS FURTHER ORDERED** that the Enjoined are directed forthwith to immediately destroy any and all copies of the Programs in their possession, whether such copies are in electronic or physical form.

        **IT IS FURTHER ORDERED** that the Order Granting Plaintiff's Motion for Default Judgment remains in effect unless otherwise amended herein.

**IT IS SO ORDERED.**

Dated: October 9, 2007

_____
Hon. THOMAS J. WHELAN
United States District Court
Southern District of California