# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERPRISE TECHNOLOGY HOLDINGS, INC., <br><br> Plaintiff, <br> vs. <br> NOVEON SYSTEMS, INC. et al., <br><br> Defendants. | CASE NO. 05-CV-2236 W (CAB) <br><br> ORDER TO APPEAR |

Throughout the course of this litigation, Defendant Madeline Lopez ("Lopez") has had a long history of delay, unresponsiveness, and ignoring deadlines. On September 2, 2008, this Court conducted a pre-trial conference. Lopez did not appear, nor did she submit any letter briefs or objections to Enterprise's proposed pre-trial order or contact the Court with an excuse. As such, on September 4, 2008, this Court issued an Order to Show Cause as to why judgment should not be entered against Lopez for her continued failure to respond to her obligations in defending this case. (Doc. No. 157.)

In response, Plaintiff Enterprise Technology Holdings, Inc. ("Enterprise") filed a motion for default judgment. (Doc. No. 158.) On October 20, 2008, Lopez filed her

1  response to the Order to Show Cause. (Doc. No. 161.)  In sum, Lopez claims that her
2  callous disregard for this Court is to be blamed upon a combination of the complexity
3  of her case, family circumstances, and a lack of financial ability to hire an attorney.
4  Lopez also asserts that her financial position has recently changed and that she will be
5  able to retain an attorney if given the opportunity. (See Declaration of Madeleine Lopez
6  2:21-23.)

7       In support of this contention, Lopez has requested a continuance.  The Court
8  **GRANTS** the motion, with specific conditions. (Doc. No. 161.)  Lopez is **ORDERED**
9  **TO APPEAR** before Magistrate Judge Bencivengo, with her newly retained attorney,
10 on or before, **December 5, 2008.**  Lopez should contact Judge Bencivengo's chambers
11 to schedule this appearance.

12      Additionally, the Court **CONTINUES** Plaintiff's motion for default judgment.
13 (Doc. No. 158.)

16     **IT IS SO ORDERED.**

19 DATED:  October 30, 2008

21                                 Hon. Thomas J. Whelan
                                United States District Judge